UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-12

THE GROSS FAMILY FOUNDATION, INC.,

                    Plaintiff,

     v.

IDILVICE OF SWITZERLAND, INC.
& IDIL DOGUOGLU,

                 Defendants.

**ORDER**

11 Civ. 2719 (LBS)(AJP)

SAND, J.

The Court adopts the recommendation of Magistrate Judge Andrew J. Peck dated March 21, 2012 and so orders the Proposed Order (3/16/12 Plf. Letter to Court Ex. E). The defendant is ordered to "transfer the domain www.idilvicefashionrocks.com to Plaintiff and to pay all costs associated with said transfer."

SO ORDERED.

Dated: March 26, 2012
      New York, NY

_____
                      Leonard B. Sand
                      U.S.D.J.